UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

YAMID SOLANYER MAYORGA MARTINEZ,

          Petitioner,

        v.

MARKWAYNE MULLIN, et al.,

          Respondents.

Case No. 5:26-cv-02673-JLS-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 12); and the Report and Recommendation of the magistrate judge (Dkt. 13, "Report"). As no party filed an objection to the Report within the time permitted, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated: June 30, 2026 _____

_____
JOSEPHINE L. STATON
United States District Judge