UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| YAMID SOLANYER MAYORGA MARTINEZ, | ) | Case No. 5:26-cv-02673-JLS-JDE |
|---|---|---|
| Petitioner, | ) ) ) ) ) | JUDGMENT |
| v. | ) ) | |
| MARKWAYNE MULLIN, et al., | ) ) | |
| Respondents. | ) ) ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: June 30, 2026

_____
JOSEPHINE L. STATON
United States District Judge